OFFICE OF DISCIPLINARY COUNSEL *v.* BERNSTEIN.

[Cite as Disciplinary Counsel *v.* Bernstein (1989), 41 Ohio St. 3d 601.]

(No. D.D. 88-27—Submitted January 11, 1989—Decided February 8, 1989.)

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

Jan Michael Bernstein is publicly reprimanded.

CLEVELAND BAR ASSOCIATION *v.* CLOWER.

[Cite as Cleveland Bar Assn. *v.* Clower (1989), 41 Ohio St. 3d 601.]

(No. D.D. 88-28—Submitted January 11, 1989—Decided February 8, 1989.)

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

James K. Clower is publicly reprimanded.